

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,108-01

### EX PARTE FRANKIE LEE COX, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR 04185-A IN THE 220TH DISTRICT COURT
### FROM COMANCHE COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of engaging in organized criminal activity and sentenced to forty years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Cox v. State*, No. 11-18-00189-CR (Tex. App.—Eastland, Jun. 18, 2020) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On August 17, 2022, the trial court entered an order designating the application and ordering trial counsel to file an affidavit. The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the application was forwarded before the trial court made findings of fact and conclusions of law. We remand this application to

the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: October 5, 2022
Do not publish